**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-cr-00046-ART-CSD |
| Plaintiff, | **ORDER GRANTING ECF No. 93** |
| vs. | |
| ERIC JEMEL HARRIS, | |
| Defendant. | |

This matter coming before the Court on the Government's Motion to Unseal, the reasons therein having been considered by the Court, and good cause showing, the Motion is GRANTED.

IT IS HEREBY ORDERED that the Petition for Warrant and Summary in Support of Petition for Warrant contained in ECF Nos. 76 and 77 in the above-captioned matter, shall be, and are, UNSEALED.

DATED this 15th day of January, 2026.

HONORABLE ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3